IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 07 2018
ARTHUR JOHNSTON
BY_____ DL

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr45DPJ-LRA

DANNY L. DRAKE  21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

On or about July 16, 2015, in Neshoba County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DANNY L. DRAKE**, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

NOTICE OF FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant, **DANNY L. DRAKE,** shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property,

which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853.

*Warren / LaMarca for*
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 7th day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2